THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK STATE ELECTRIC AND GAS CORPORATION, Appellant, *v.* MILO R. MALTBIE et al., as Public Service Commissioners of the State of New York, Respondents.

(Argued April 17, 1934; decided April 27, 1934.)

*Charles R. Sweeney* and *Henry W. Killeen* for appellant.

*Russell B. Burnside* and *Charles G. Blakeslee* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.